Order entered January 31, 2014



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00126-CV

**BRIAN VODICKA AND STEVEN AUBREY, Appellants**

**V.**

**NORTH AMERICAN TITLE COMPANY, Appellee**

On Appeal from the
Dallas County, Texas
Trial Court Cause No. DC-11-01142-I

## ORDER

Appellee's motion for leave to file a post-submission letter brief is **GRANTED**, and the

brief received on January 8, 2014 is **ORDERED** filed as of that date.


/s/     LANA MYERS
          JUSTICE